Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**LAURA R.,**

          Plaintiff,

  vs.

**Commissioner of Social Security Administration,**

          Defendant.

Civil No. 6:21-cv-00968-MC

**ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and Counsel for Defendant having no objection, Motion is hereby granted in the sum of $2,781.75 for attorney fees pursuant to 42 U.S.C. §406(b) regarding Plaintiff's auxiliary retroactive benefits on behalf of her children Liam R. Mixon, Ayden R. Rodgers, and Zackary D. Rodgers.  Plaintiff's

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    1

counsel, Drew L. Johnson, P.C., is authorized to receive the $2,781.75 already paid to them by the Commissioner under 42 U.S.C. §406(b).

IT IS SO ORDERED this day of __August 29_____, 2023

                                                                       s/Michael J. McShane
                                                                   U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
         Sherwood J. Reese, OSB #144130
         Of Attorneys for Plaintiff